GREEN ACRES ASSOCIATES, LLC *v.* MILAN CAIS
(AC 33514)

Gruendel, Robinson and Peters, Js.

Argued March 14—officially released April 3, 2012

Per Curiam. The judgment is affirmed.

MALEEK JONES *v.* COMMISSIONER
OF CORRECTION
(AC 31519)

Gruendel, Robinson and Peters, Js.

Argued March 14—officially released April 3, 2012

Per Curiam. The judgment is affirmed.

KIMBERLY ALBRIGHT-LAZZARI ET AL. *v.*
FREEDOM OF INFORMATION
COMMISSION ET AL.
(AC 33446)

Beach, Alvord and Espinosa, Js.

Argued March 15—officially released April 3, 2012

Per Curiam. The judgment is affirmed.